United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Stephen Wendell,

    Plaintiff,

  v.

Johnson & Johnson, et al.,

    Defendants.
_____/

Case No. C 09-4124   JL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court hereby recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: September 14, 2009

*James Larson*

JAMES LARSON
Chief Magistrate Judge