| | |
|---|---|
| 1 | LISA M. MARTIN (S.B. #216006) |
| 2 | BUTLER SNOW O'MARA<br>  STEVENS & CANNADA PLLC |
| 3 | 6075 Poplar Ave. Ste. 500<br>Memphis, TN 38119 |
| 4 | Telephone:     (901) 680-7200<br>Facsimile:      (901) 680-7201 |
| 5 | lisa.martin@butlersnow.com |
| 6 | *Attorneys for Boehringer Ingelheim Roxane, Inc. and Roxane Laboratories, Inc.* |


LISA M. MARTIN (S.B. #216006)
BUTLER SNOW O'MARA
  STEVENS & CANNADA PLLC
6075 Poplar Ave. Ste. 500
Memphis, TN 38119
Telephone:     (901) 680-7200
Facsimile:      (901) 680-7201
lisa.martin@butlersnow.com

*Attorneys for Boehringer Ingelheim Roxane, Inc. and Roxane Laboratories, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN WENDELL, and LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, deceased,**<br><br>              **Plaintiff,**<br><br>        v.<br><br>**JOHNSON & JOHNSON; CENTACOR, INC.; ABBOT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICALS; MYLAN LABORATORIES, INC.; BOEHRINGER INGELHEIM CORPORATION; BOEHRINGER INGELHEIM ROXANE, INC., a subsidiary of BOEHRINGER INGELHEIM CORPORATION; ROXANE LABORATORIES, INC., a subsidiary of BOEHRINGER INGELHEIM CORPORATION; and DOES 1 through 150 inclusive,**<br><br>              **Defendants.** | Case No.  C 09-04124 CW<br><br>Hon. Claudia Wilkins<br><br>**ORDER DISMISSING BOEHRINGER INGELHEIM ROXANE, INC. AND ROXANE LABORATORIES, INC. ONLY WITHOUT PREJUDICE PURSUANT TO STIPULATION** |

[PROPOSED] ORDER DISMISSING BOEHRINGER INGELHEIM ROXANE, INC. AND ROXANE LABORATORIES, INC. ONLY WITHOUT PREJUDICE PURSUANT TO STIPULATION     1     No. C 09-04124 CW

**ORDER**

Pursuant to the Stipulation of Voluntary Dismissal without Prejudice as to Boehringer Ingelheim Roxane, Inc. and Roxane Laboratories Inc. between plaintiffs Stephen Wendell and Lisa Wendell, for themselves and as successors in interest to Maxx Wendell, deceased ("Plaintiffs"), and defendants Boehringer Ingelheim Roxane, Inc. and Roxane Laboratories Inc. by and through their counsel of record filed on October 30, 2009,

IT IS HEREBY ORDERED that:

1. Defendants Boehringer Ingelheim Roxane, Inc. and Roxane Laboratories Inc. are hereby DISMISSED without prejudice;

2. Each party shall bear its own costs, fees and expenses, including attorney's fees, in connection with this dismissal.

IT IS SO ORDERED.

11/2

DATED: _____, 2009

By: _____

Hon. Claudia Wilken
United States District Court Judge

Memphis 1444766v1

[PROPOSED] ORDER DISMISSING BOEHRINGER INGELHEIM ROXANE, INC. AND ROXANE LABORATORIES, INC. ONLY WITHOUT PREJUDICE PURSUANT TO STIPULATION        1        No. C 09-04124 CW