Kevin Haverty, Esq. *pro hac vice*
WILLIAMS CUKER BEREZOFSKY
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
856-667-0500
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephen Wendell, and Lisa Wendell, for themselves and as successors in interest to Maxx Wendell, deceased | **CASE NO. C 09-04124 CW** |
| Plaintiff(s), | **STIPULATION AND ORDER FOR EXTENSION OF TIME AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Johnson & Johnson, et al. | |
| Defendant(s). | |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorney(s) for plaintiff(s) and the attorney(s) for defendant(s) that the time within which Plaintiffs Stephen Wendell and Lisa Wendell for themselves and as successors-in-interest to Maxx Wendell, deceased may serve and file a response to Defendant Abbott Laboratories' Motion to Dismiss (docket #39) is extended from November 5, 2009 to November 19, 2009; and it is further

**STIPULATED AND AGREED** that the time period for Defendant Abbott Laboratories to serve and file any reply will be extended from November 12, 2009 to December 3, 2009; and it is further

1  **AGREED** by and between the attorney(s) for plaintiff(s) and the attorney(s) for
2  defendant(s) that the hearing on Abbott Laboratories' Motion to Dismiss (docket #39) be
3  continued from December 10, 2009 at 2:00 p.m. to December 17, 2009 at 2:00 p.m.; and it is
4  further

5  **AGREED** by and between the attorney(s) for plaintiff(s) and the attorney(s) for
6  defendant(s) that the Case Management Conference be continued from December 10, 2009 at
7  2:00 p.m. to December 17, 2009 at 2:00 p.m.

/*s/Kevin Haverty*
Kevin Haverty *(pro hac vice)*
WILLIAMS CUKER BEREZOFSKY
Woodland Falls Corporate Park
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
*Counsel for Plaintiffs*

*/s/Eric E. Hudson*
Eric E. Hudson
BUTLER SNOW O'MARA STEVENS & CANNADA PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119
*Attorneys for Boehringer Ingelheim
Roxane, Inc. and Roxane Laboratories, Inc.*

*/s/Alice Johnston*
Alice Johnston, Esq. (*Pro Hac Vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
BNY Mellon Center, Suite 5240
Pittsburgh, PA 15218
*Attorneys for Mylan, Inc. (Formerly Mylan Laboratories, Inc.)*

*/s/Andrew P. Bautista*
Andrew P. Bautista, Esq. *(Pro Hac Vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
*Attorneys for Abbott Laboratories*

Stipulation and Order for Extension of Time And Rescheduling Case Management Conference

2

CASE NO. C 09-04124 CW

*/s/Michelle A. Childers*
Michelle A. Childers, Esq.
DRINKER BIDDLE & REATH LLP
50 Freemont Street, 20th Fl.
San Francisco, CA 94105-2235
*Attorneys for Centocor Ortho Biotech, Inc.*
*and Johnson & Johnson*

*/s/Prentiss W. Hallenbeck, Jr.*
Prentiss W. Hallenbeck, Jr., Esq. *(Pro Hac Vice)*
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
*Attorneys for Teva Pharmaceuticals USA, Inc. and*
*Par Pharmaceuticals, Inc.*

*/s/William A. Hanssen*
William A. Hanssen, Esq.
DRINKER BIDDLE & REATH LLP
333 South Grand Ave., Ste. 1700
Los Angeles, CA 90071-1504
*Attorneys for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

## **ORDER**

Pursuant to the Stipulation between the attorney(s) for plaintiff(s) and the attorney(s) for defendant(s), by and through their counsel of record,

**IT IS HEREBY ORDERED THAT**

1. The hearing on Abbott Laboratories' Motion to Dismiss (docket #39) is continued from December 10, 2009 at 2:00 p.m. to **December 17, 2009 at 2:00 p.m.**; and

1  2. The Case Management Conference is continued from December 10, 2009 at 2:00 p.m. to **December 17, 2009 at 2:00 p.m.**

**IT IS SO ORDERED**.

DATED___11/4_____, 2009

By: _____
Hon. Claudia Wilken
United States District Court Judge

Stipulation and Order for Extension of Time And Rescheduling Case Management Conference

4

CASE NO. C 09-04124 CW