Andrew P. Bautista (*pro hac vice*)
 andrew.bautista@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*Counsel for Abbott Laboratories*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAX WENDELL, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. CV-09-4124-CW<br><br>**STIPULATION TO EXTEND TIME TO FILE ADR CERTIFICATIONS AND STIPULATION PURSUANT TO LOCAL RULE 6-2** |

## **STIPULATION**

WHEREAS pursuant to the case schedule the ADR Certifications and Stipulation to ADR Process are currently due November 30, 2009;

WHEREAS pursuant to the case schedule the Rule 26(f) Report is due December 10, 2009;

WHEREAS pursuant to the case schedule the Case Management Conference is set for December 17, 2009;

WHEREAS the parties agree to extend the time to file the ADR Certifications and Stipulation to ADR Process to December 10, 2009;

WHEREAS the extension of time will not alter the date of the Case Management Conference or any other deadline in the case schedule;

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

The filing date for the parties' ADR Certifications and Stipulation to ADR Process is extended to December 10, 2009.

Dated: November 25, 2009

_/s/ Kevin Haverty_
Kevin Haverty (*pro hac vice*)
WILLIAMS CUKER BEREZOVSKY
Woodland Falls Corporate Park
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
*Counsel for Plaintiffs*

_/s/ Andrew P. Bautista_
Andrew P. Bautista (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
*Counsel for Abbott Laboratories*

_/s/ Alice Johnston_
Alice Johnston (*pro hac vice*)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
BNY Mellon Center, Suite 5240
Pittsburgh, PA 15218
*Counsel for Mylan, Inc.* (f/k/a/ *Mylan Laboratories, Inc.*)

_/s/ Michelle A. Childers_
Michelle A. Childers
DRINKER BIDDLE & REATH LLP
50 Freemont Street, 30th Fl.
San Francisco, CA 94105
*Counsel for Centocor Ortho Biotech, Inc. and Johnson & Johnson*

_/s/ Prentiss W. Hallenbeck, Jr._
Prentiss W. Hallenbeck, Jr. (*pro hac vice*)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
*Counsel for Teva Pharmaceuticals USA, Inc. and Par Pharmaceuticals, Inc.*

_/s/ William A. Hanssen_
William A. Hanssen
DRINKER BIDDLE & REATH LLP
333 South Grand Ave., Ste. 1700
Los Angeles, CA 90071-1504
*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Andrew P. Bautista, am the ECF user whose ID and password are being used to file this STIPULATION TO EXTEND TIME TO FILE ADR CERTIFICATIONS AND STIPULATION PURSUANT TO LOCAL RULE 6-2.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Kevin Haverty, counsel for Plaintiffs; Alice Johnston, counsel for Mylan, Inc.; Michelle A. Childers, counsel for Centocor Ortho Biotech, Inc. and Johnson & Johnson; Prentiss W. Hallenbeck, Jr, counsel for Teva Pharmaceuticals USA, Inc. and Par Pharmaceuticals, Inc.; and William A. Hanssen, counsel for SmithKline Beecham Corporation.

_____ /s/ Andrew P. Bautista_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date:  ___12/10_____, 2009

By:  _____
Hon. Claudia Wilken
United States District Court Judge

STIPULATION TO EXTEND TIME

3

**CERTIFICATE OF SERVICE**

I, Andrew P. Bautista, declare:

I am a citizen of the United States and employed in Cook County, Chicago. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 North LaSalle, Chicago, Illinois, 60654. On November 25, 2009, I electronically filed the following with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered e-mail addresses in this matter, and I hereby certify that I have served the following documents or paper via U.S. mail to the non-CM/ECF participants:

**STIPULATION TO EXTEND TIME TO FILE ADR CERTIFICATIONS AND STIPULATION PURSUANT TO LOCAL RULE 6-2**

　　　　/s/ Andrew P. Bautista

CERTIFICATE OF SERVICE