Traci L Shafroth (251673)
traci.shafroth@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile:  (415) 439-1500

John Donley (*admitted Pro Hac Vice*)
john.donley@kirkland.com
Renee D. Smith (*admitted Pro Hac Vice*)
renee.smith@kirkland.com
Andrew Paul Bautista (*admitted Pro Hac Vice*)
andrew.bautista@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC.;<br><br>          Defendants. | CASE NO. 4:09-CV-04124-CW<br><br>**STIPULATION AND ORDER CHANGING SELECTED ADR PROCESS AND EXTENDING DEADLINE FOR CONDUCTING MEDIATION**<br><br><br>Removal Filed:  September 4, 2009 |

# STIPULATION

WHEREAS on December 21, 2009, the Court granted the parties' stipulation to pursue court-connected mediation under ADR L.R. 6;

WHEREAS on June 3, 2010, the Court advised the parties to consider private mediation;

WHEREAS the parties have discussed the Court's recommendation and now consent to private mediation;

WHEREAS the parties are currently scheduled to conduct a mediation in December 2010;

WHEREAS the parties agree that the mediation is more likely to be successful if it is postponed until after further substantive discovery is completed;

WHEREAS the fact discovery deadline is currently set for February 2, 2011;

WHEREAS the parties agree that additional time will be needed to complete fact discovery, but have not yet determined how much additional time will be necessary;

WHEREAS the parties plan to confer further regarding scheduling and to request a continuance of discovery deadlines;

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. The parties agree to participate in private mediation in lieu of court-connected mediation.

2. The parties agree to conduct the mediation by June 29, 2011.

3. DECLARATION PURSUANT TO L.R. 6-2: The parties declare that: (1) the reason for the requested enlargement of time is to allow time to prepare for a meaningful mediation; (2) there has been no previous modification to the schedule for the case; and (3) the parties anticipate that this time modification will have no effect on the current schedule for the case.

//
//
//
//
//

1  Dated: December 17, 2010.

2

3     /s/ Kevin Haverty                                      /s/ Andrew P. Bautista
   Kevin Haverty (*pro hac vice*)                Andrew P. Bautista (*pro hac vice*)

4     WILLIAMS CUKER BEREZOVSKY      KIRKLAND & ELLIS LLP
   Woodland Falls Corporate Park           300 North LaSalle

5     210 Lake Drive East, Suite 101            Chicago, Illinois 60654
   Cherry Hill, NJ 08002                        *Counsel for Abbott Laboratories*

6     *Counsel for Plaintiffs*

7     /s/ Michelle A. Childers                        /s/ Prentiss W. Hallenbeck, Jr.
   Michelle A. Childers                        Prentiss W. Hallenbeck, Jr. (*pro hac vice*)

8     DRINKER BIDDLE & REATH LLP        ULMER & BERNE LLP
   50 Freemont Street, 30th Fl.              600 Vine Street, Suite 2800

9     San Francisco, CA 94105                Cincinnati, OH 45202
   *Counsel for Centocor Ortho Biotech, Inc.*  *Counsel for Teva Pharmaceuticals*

10    *and Johnson & Johnson*                 *USA, Inc.*

11    /s/ William A. Hanssen                         /s/ Prentiss W. Hallenbeck, Jr.
   William A. Hanssen                          Prentiss W. Hallenbeck, Jr. (*pro hac vice*)

12    DRINKER BIDDLE & REATH LLP        ULMER & BERNE LLP
   333 South Grand Ave., Ste. 1700        600 Vine Street, Suite 2800

13    Los Angeles, CA 90071-1504            Cincinnati, OH 45202
   *Counsel for SmithKline Beecham*        *Counsel for Par Pharmaceutical, Inc.*

14    *Corporation*
   *d/b/a GlaxoSmithKline*

15

16

17

18

19

20

21

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  Dated: <u>December 15</u>, 2010

25                                                  CLAUDIA WILKEN

26                                           United States District Judge

27

28

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Traci L. Shafroth, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CONDUCTING MEDIATION.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Kevin Haverty, counsel for Plaintiffs; Michelle A. Childers, counsel for Centocor Ortho Biotech, Inc., and Johnson & Johnson; Prentiss W. Hallenbeck, Jr., counsel for Teva Pharmaceuticals USA, Inc., and Par Pharmaceutical, Inc.; William A. Hanssen, counsel for SmithKline Beecham Corporation.

          /s/ Traci L. Shafroth

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2010, I electronically filed the foregoing STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR CONDUCTING MEDIATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses registered, as denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed a true and correct copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants listed below:

| | |
|---|---|
| John D. Winter<br>Patterson, Belknap, Webb & Tyler LLP<br>1133 Avenue Of The Americas<br>New York, New York 10036-6710 | Jeffrey F. Peck<br>Ulmer & Berne LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, Ohio 45202 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  December 17, 2010

By:  s/ *Traci L. Shafroth*

Traci L. Shafroth
traci.shafroth@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104-1501
Telephone:         (415) 439-1400
Facsimile:          (415) 439-1500

Attorney for Defendant
ABBOTT LABORATORIES