1   MICHELLE A. CHILDERS (SBN #197064)
    michelle.childers@dbr.com
2   AMY P. FRENZEN (SBN #245368)
    amy.frenzen@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, CA  94105-2235
    Telephone:     (415) 591-7500
5   Facsimile:     (415) 591-7510

6   Attorneys for Defendants
    CENTOCOR ORTHO BIOTECH INC., erroneously
7   served and sued herein as CENTOCOR, INC., and
    JOHNSON & JOHNSON

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13  STEPHEN WENDELL & LISA              Case No. 4:09-CV-04124-CW
    WENDELL, his wife, for themselves and
14  as successors in interest to MAXX        **STIPULATED REQUEST FOR AN ORDER
    WENDELL, deceased,                   EXTENDING TIME**
15
                Plaintiffs,
16
    v.
17
    JOHNSON & JOHNSON; CENTOCOR,
18  INC.; ABBOTT LABORATORIES;
    SMITHKLINE BEECHAM d/b/a
19  GLAXOSMITHKLINE; TEVA               Amended Complaint: June 10, 2010
    PHARMACEUTICALS USA; GATE          Judge:  Honorable Claudia Wilken
20  PHARMACEUTICALS, a division of
    TEVA PHARMACEUTICALS USA; PAR
21  PHARMACEUTICALS; MYLAN
    LABORATORIES, INC.,
22
                Defendants.
23

24

25          Pursuant to Local Rule 6-2(a), the parties jointly request that the deadlines in this case be

26  extended as set forth herein.

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST FOR AN ORDER
EXTENDING TIME
SF01/ 728615.4                                      CASE NO. 4:09-CV-04124-CW

1

### JOINT STATEMENT IN SUPPORT OF STIPULATION

2      The current fact discovery deadline is February 2, 2011.  All parties request further time

3 within which to conduct fact discovery.  An extension of the fact discovery deadline will affect

4 other deadlines in this case, but should have little or no effect on the April 2012 trial date.

5      Discovery in this case began in July of 2010 after the initial Case Management

6 Conference on June 3, 2010.  Before that time, multiple parties were dismissed and the case was

7 narrowed in scope.

8      In July 2010, Defendants promptly began to collect medical records once Plaintiffs

9 authorized the release of decedent Max Wendell's medical records.[1]  As set forth in the attached,

10 despite diligent efforts by counsel for Defendants, Defendants have been unable to obtain all

11 medical records from third parties, who have been withholding medical records for various

12 reasons.[2]  (*See* Declaration of Michelle Childers, attached hereto).   To conserve judicial

13 resources, Defendants have attempted to resolve these issues informally, rather than force third

14 party subpoena recipients to file motions to quash.  After obtaining the required medical records,

15 Defendants plan to depose key witnesses, including Plaintiffs and Max Wendell's treating

16 physicians.

17      Meanwhile, in July 2010, Plaintiffs served extensive written discovery.   Defendants

18 served their responses to written discovery from August through November.  Defendants have

19 had extensive discussions over the scope of any protective order, and those issues have been

20 resolved.  Defendants collectively will produce over two million pages of documents which

21 Plaintiffs will need to review.  After that time, Plaintiffs plan to take depositions of company

22 witnesses.

23      [1] Defendants provided blank authorizations to Plaintiffs on March 10, 2010. At that time,

24 discovery had not yet begun.

25      [2] In the case of Stanford, for example, after much effort to provide documentation to

26 Stanford from Plaintiffs in response to multiple rounds of demands, Stanford took the position
that the signatures provided to them do not match the signatures on file.  After much discussion
with Stanford, the medical records were released and Defendants received them on January 21,

27 2011.  Billing records from Kaiser Permanente are still outstanding.

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST FOR AN ORDER
EXTENDING TIME            - 2 -            CASE NO. 4:09-CV-04124-CW
SF01/ 728615.4

1    Since the previous Case Management Conference, the parties have had multiple

2    conferences, and have agreed to private mediation to occur near the end of discovery.  On or

3    around December 17, 2010, the parties filed a stipulated request to extend the mediation deadline

4    and the Court granted this extension.  At that time, the parties notified the Court that they would

5    need additional time within which to complete fact discovery but, at that time, had not determined

6    how much additional time would be necessary.  The only date that was previously extended was

7    the date for mediation, i.e., all of the discovery dates leading up to mediation remained in place.

8    **THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

9        1.    The parties agree to complete fact discovery on or before June 30, 2011.

10        2.    The parties agree that Plaintiffs shall designate any testifying expert(s) and

11    provide the report(s) required by Fed. R. Civ. P. 26(a)(2)(b) on or before August 12, 2011.

12        3.    The parties agree that Defendants shall designate any testifying expert(s) and

13    provide the report(s) required by Fed. R. Civ. P. 26(a)(2)(b) on or before October 30, 2012.

14        4.    The parties agree to complete expert discovery on or before December 14, 2011.

15        5.    The parties request that the Court set a deadline such that dispositive motions will

16    be heard on or before January **26**, 2012.  **A case management conference will be held on the**

17    **same date as the dispositive motion.**

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST FOR AN ORDER
EXTENDING TIME                                  - 3 -                    CASE NO. 4:09-CV-04124-CW
SF01/ 728615.4

///

6.      **DECLARATION PURSUANT TO L.R. 6-2(a)**: The parties declare that: (1) the reason for the requested enlargement of time is to allow time to obtain the medical records necessary to depose Plaintiffs and treating healthcare providers, to conduct those depositions once the medical records have been obtained, and to allow Plaintiffs to review Defendants' voluminous production of documents prior to taking depositions of company witnesses; (2) there has been only one previous modification to the schedule for the case — a request to extend the deadline to conduct mediation, at which time Defendants notified the Court that the instant request was on the horizon; and (3) the parties anticipate that this time modification will affect other discovery deadlines set for this case but will not alter the April 2012 trial date.

| | |
|---|---|
| */s/ Kevin Haverty* | */s/ Andrew P. Bautista* |
| Kevin Haverty (*pro hac vice*) | Andrew P. Bautista (*pro hac vice*) |
| WILLIAMS CUKER BEREZOVSKY | KIRKLAND & ELLIS LLP |
| Woodland Falls Corporate Park | 300 North LaSalle |
| 210 Lake Drive East, Suite 101 | Chicago, Illinois 60654 |
| Cherry Hill, NJ 08002 | *Counsel for Abbott Laboratories* |
| *Counsel for Plaintiffs* | |
| | |
| */s/ Prentiss W. Hallenbeck, Jr.* | */s/ Michelle A. Childers* |
| Prentiss W. Hallenbeck, Jr. (*pro hac vice*) | Michelle A. Childers |
| ULMER & BERNE LLP | DRINKER BIDDLE & REATH LLP |
| 600 Vine Street, Suite 2800 | 50 Freemont Street, 30th Fl. |
| Cincinnati, OH 45202 | San Francisco, CA 94105 |
| *Counsel for Par Pharmaceutical, Inc.* | *Counsel for Centocor Ortho Biotech, Inc. and Johnson & Johnson* |
| | |
| */s/ Prentiss W. Hallenbeck, Jr.* | */s/ William A. Hanssen* |
| Prentiss W. Hallenbeck, Jr. (*pro hac vice*) | William A. Hanssen |
| ULMER & BERNE LLP | DRINKER BIDDLE & REATH LLP |
| 600 Vine Street, Suite 2800 | 333 South Grand Ave., Ste. 1650 |
| Cincinnati, OH 45202 | Los Angeles, CA 90071-1504 |
| *Counsel for Teva Pharmaceuticals USA, Inc.* | *Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: **2/3/2011**

CLAUDIA WILKEN
United States District Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST FOR AN ORDER
EXTENDING TIME
SF01/ 728615.4                                    - 4 -                    CASE NO. 4:09-CV-04124-CW

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2       I, Michelle A. Childers, am the ECF user whose ID and password are being used to file

3   this STIPULATED REQUEST FOR AN ORDER EXTENDING TIME. In compliance with

4   General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:

5   Kevin Haverty, counsel for Plaintiffs; Prentiss W. Hallenbeck, Jr., counsel for Teva

6   Pharmaceuticals USA, Inc., and Par Pharmaceutical, Inc.; William A. Hanssen, counsel for

7   SmithKline Beecham Corporation; and Andrew P. Bautista, counsel for Abbott Laboratories.

8

9                                    _____/s/ Michelle A. Childers_____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST FOR AN ORDER
EXTENDING TIME
SF01/ 728615.4                    - 5 -                    CASE NO. 4:09-CV-04124-CW