MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
AMY P. FRENZEN (SBN #245368)
amy.frenzen@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:    (415) 591-7500
Facsimile:     (415) 591-7510

Attorneys for Defendants
CENTOCOR ORTHO BIOTECH INC., erroneously
served and sued herein as CENTOCOR, INC., and
JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL & LISA WENDELL, his wife, for themselves and as successors in interest to MAXX WENDELL, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICALS; MYLAN LABORATORIES, INC.,<br><br>Defendants. | Case No. CV-09-4124-CW<br><br>**JOINT STIPULATION FOR FILING OF AMENDED COMPLAINT**<br><br><br><br><br><br>Amended Complaint: June 10, 2010<br>Judge:  Honorable Claudia Wilken |

JOINT STIPULATION FOR FILING OF AMENDED
COMPLAINT
SF01/ 727810.4

CASE NO. 4:09-CV-04124-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>STIPULATION</u>

WHEREAS, plaintiffs Stephen Wendell and Lisa Wendell, for themselves and as successors-in-interest to Maxx Wendell (hereinafter "Plaintiffs") originally filed this action in San Francisco Superior Court on July 2, 2009 (hereinafter "Wendell I");

WHEREAS, on the same day, July 2, 2009, Plaintiffs filed a similar lawsuit in United States District Court for the District of  New Jersey (hereinafter "Wendell II");

WHEREAS, on October 13, 2010, the district court in New Jersey ordered that Wendell II be transferred to the United States District Court for the Northern District of California;

WHEREAS, on December 1, 2010, Plaintiffs moved to deem Wendell II related to Wendell I;

WHEREAS, Wendell I and Wendell II involve the same parties, arise from the same series of events, and are based on similar complaints;

WHEREAS, the parties have stipulated to dismiss Wendell II in order to move forward with a single case rather than proceed with two separate cases;

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1.      Under Federal Rule of Civil Procedure 15(a)(2), all parties hereto stipulate that Plaintiffs may amend their pleadings in Wendell I to incorporate claims under New Jersey law from the complaint in Wendell II.  The proposed amended pleading is attached hereto as Exhibit A.

///

///

///

///

///

///

///

///

///

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION FOR FILING OF AMENDED
COMPLAINT
SF01/ 727810.4

- 2 -

CASE NO. 4:09-CV-04124-CW

1    2.    Defendants acknowledge receipt of the pleading and agree that their amended

2    answers thereto, or their motions to dismiss any additional claims under New Jersey law, will be

3    due on March 8, 2011.

4

5    /s/ Kevin Haverty                                        /s/ Andrew P. Bautista

6    Kevin Haverty (*pro hac vice*)                           Andrew P. Bautista (*pro hac vice*)
     WILLIAMS CUKER BEREZOVSKY                                KIRKLAND & ELLIS LLP
7    Woodland Falls Corporate Park                            300 North LaSalle
     210 Lake Drive East, Suite 101                           Chicago, Illinois 60654
8    Cherry Hill, NJ 08002                                    *Counsel for Abbott Laboratories*
     *Counsel for Plaintiffs*

9

10   /s/ Prentiss W. Hallenbeck, Jr.                          /s/ Michelle A. Childers

11   Prentiss W. Hallenbeck, Jr. (*pro hac vice*)             Michelle A. Childers
     ULMER & BERNE LLP                                        DRINKER BIDDLE & REATH LLP
12   600 Vine Street, Suite 2800                              50 Freemont Street, 30th Fl.
     Cincinnati, OH 45202                                     San Francisco, CA 94105
     *Counsel for Par Pharmaceutical, Inc.*                   *Counsel for Centocor Ortho Biotech, Inc. and*
13                                                            *Johnson & Johnson*

14   /s/ Prentiss W. Hallenbeck, Jr.                          /s/ William A. Hanssen

15   Prentiss W. Hallenbeck, Jr. (*pro hac vice*)             William A. Hanssen
     ULMER & BERNE LLP                                        DRINKER BIDDLE & REATH LLP
16   600 Vine Street, Suite 2800                              333 South Grand Ave., Ste. 1650
     Cincinnati, OH 45202                                     Los Angeles, CA 90071-1504
17   *Counsel for Teva Pharmaceuticals USA, Inc.*             *Counsel for SmithKline Beecham Corporation*
                                                              *d/b/a GlaxoSmithKline*

18

19

20   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

23   Dated: **2/3/2011**

                                                             CLAUDIA WILKEN
24                                                           United States District Judge

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION FOR FILING OF AMENDED
COMPLAINT
SF01/ 727810.4                               - 3 -                          CASE NO. 4:09-CV-04124-CW

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

I, Michelle A. Childers, am the ECF user whose ID and password are being used to file

3

this JOINT STIPULATION FOR FILING OF AMENDED COMPLAINT. In compliance with

4

General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:

5

Kevin Haverty, counsel for Plaintiffs; Prentiss W. Hallenbeck, Jr., counsel for Teva

6

Pharmaceuticals USA, Inc., and Par Pharmaceutical, Inc.; William A. Hanssen, counsel for

7

SmithKline Beecham Corporation; and Andrew P. Bautista, counsel for Abbott Laboratories.

8

9

_____/s/ Michelle A. Childers_____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION FOR FILING OF AMENDED
COMPLAINT
SF01/ 727810.4

- 4 -

CASE NO. 4:09-CV-04124-CW