UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,

Plaintiffs,

v.

JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICALS;

Defendants.

Case No: 4:09-cv-04124-CW

**ORDER PURSUANT TO STIPULATION TO AMEND COMPLAINT AND WITHDRAW JOINT MOTION FOR JUDGMENT ON THE PLEADINGS**

~~[PROPOSED]~~ ORDER PURSUANT TO STIPULATION TO AMEND COMPLAINT AND WITHDRAW JOINT MOTION FOR JUDGMENT ON THE PLEADINGS

Case No: 4:09-cv-04124-CW

THIS MATTER having been brought before the Court by Kirkland & Ellis LLP, attorneys for Defendant Abbott Laboratories ("Abbott") (Traci L. Shafroth, appearing), by way of a stipulation to amend the Plaintiffs' Third Amended Complaint and withdraw the joint motion for judgment on the pleadings of certain defendants, the Court having considered the stipulation and for good cause shown,

PURSUANT TO THE APRIL 18, 2011 JOINT STIPULATION TO AMEND COMPLAINT AND WITHDRAW JOINT MOTION FOR JUDGMENT ON THE PLEADINGS, IT IS SO ORDERED on this 19th day of April, 2011. The hearing on the motion for summary judgment is also vacated.

CLAUDIA WILKEN
United States District Court Judge