Traci L. Shafroth (S.B.N. 251673)
traci.shafroth@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104-1501
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael P. Foradas (admitted *pro hac vice*)
michael.foradas@kirkland.com
Renee D. Smith (admitted *pro hac vice*)
renee.smith@kirkland.com
Andrew P. Bautista (admitted *pro hac vice*)
andrew.bautista@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorneys for Defendant
ABBOTT LABORATORIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC.;<br><br>Defendants. | Case No: 4:09-cv-04124-CW<br><br>**DECLARATION OF TRACI L. SHAFROTH IN SUPPORT OF DEFENDANT ABBOTT LABORATORIES' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 11, 2011<br>Time: 2:00 p.m.<br>Courtroom: Room 2, 4th Floor<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Judge: Honorable Claudia Wilken |

**DECLARATION OF TRACI L. SHAFROTH IN SUPPORT OF ABBOTT LABORATORIES' MOTION FOR SUMMARY JUDGMENT**

I, Traci L. Shafroth, declare:

1. I am a member in good standing of the State Bar of California and am admitted to practice before the Northern District of California federal courts. I am an associate in the San Francisco office of the law firm Kirkland & Ellis LLP and represent Abbott Laboratories. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would be able to testify competently thereto.

2. A true and correct copy of the relevant pages of the transcript of the April 11, 2011 deposition of Dr. Edward J. Rich taken in this matter is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July, 2011, at San Francisco, California.

*/s/ Traci L. Shafroth*
Traci L. Shafroth

SHAFROTH DECLARATION IN SUPPORT OF ABBOTT'S MOTION FOR SUMMARY JUDGMENT   1   Case No: 4:09-cv-04124-CW

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **DECLARATION OF TRACI L. SHAFROTH IN SUPPORT OF DEFENDANT ABBOTT LABORATORIES' MOTION FOR SUMMARY JUDGMENT** via the CM/ECF system on July 7, 2011, or via overnight delivery (Federal Express) to the non-CM/ECF participants listed below.

John D. Winter
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036-6710
*Attorney for Defendants Johnson & Johnson and Centocor, Inc.*

Jeffrey F. Peck
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
*Attorney for TEVA Pharmaceuticals, USA Inc.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: July 7, 2011

By:  s/ *Traci L. Shafroth*

Traci L. Shafroth
traci.shafroth@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California  94104-1501
Telephone:(415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
Abbott Laboratories