William A. Hanssen (Bar No. 110613)
Suzanne V. Stouder (Bar No. 161077)
DRINKER BIDDLE & REATH LLP
1800 Century Park E, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
william.hanssen@dbr.com
suzanne.stouder@dbr.com

Attorneys for Defendant
GLAXOSMITHKLINE LLC, erroneously
served and sued herein as SMITHKLINE BEECHAM
d/b/a GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL & LISA WENDELL, his wife, for themselves and as successors in interest to MAXX WENDELL, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC.<br><br>Defendants. | Case No. 4:09-cv-04124-CW<br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**DECLARATION OF WILLIAM A. HANSSEN IN SUPPORT OF GLAXOSMITHKLINE LLC, formerly known as and served and sued herein as SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: August 11, 2011<br>Hearing Time: 2:00 p.m.<br>Hearing Location: Courtroom 2 |

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles

LA01/ 1031836.1

1

DECLARATION OF WILLIAM A. HANSSEN IN SUPPORT OF GLAXOSMITHKLINE LLC, formerly known as and served and sued herein as SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF WILLIAM A. HANSSEN

I, William A. Hanssen, declare:

1. I am an attorney duly licensed to practice law in the State of California and this Court. I am a partner of the law firm of Drinker, Biddle & Reath LLP. I am counsel of record for Defendant GlaxoSmithKline LLC (formerly known as and served and sued herein as SmithKline Beecham Corporation d/b/a GlaxoSmithKline) ("GSK"). I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would be able to testify competently to such facts.

2. Attached hereto as Exhibit "A" are true and correct copies of relevant portions of Dr. Edward Rich's Deposition Transcript taken April 11, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of July, 2011, in Los Angeles, California.

*/s/ William A. Hanssen*
William A. Hanssen

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles

LA01/ 1031836.1   2
DECLARATION OF WILLIAM A. HANSSEN IN SUPPORT OF GLAXOSMITHKLINE LLC, formerly known as and served and sued herein as SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT