Kevin Haverty, Esq., *pro hac vice*
WILLIAMS CUKER BEREZOFSKY, LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone: (856) 667-0500

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL & LISA WENDELL, his wife, for themselves and as successors-in-interest to MAXX WENDELL, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC.,<br><br>Defendants. | CASE NO. 4:09-CV-04124 CW<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND [PROPOSED] ORDER** |

Pursuant to Local Rule 6-2(a), the parties jointly request that the deadlines in this case be extended as set forth herein.

**STIPULATION**

The current deadline for the parties in the above-captioned case to participate in court-ordered private mediation is September 15, 2011. The current hearing date on Defendants' motions for summary judgment is Thursday, September 1, 2011. The parties have agreed to a private

mediator, Hon. Rebecca Westerfield, and have worked to schedule a mediation session prior to September 15, 2011.  As a result of the difficulty of coordinating the schedules of the seven interested parties, their counsel, and the mediator, however, September 16, 2011 is the earliest date all parties are available to participate in the mediation session.  Accordingly, the parties respectfully request that the Court extend the deadline for private mediation by one day to September 16, 2011.  All dates apart from the briefing and hearings on Defendants' pending summary judgment motions have been vacated, so a one-day extension of the private mediation deadline likely will not delay the litigation.

On or around December 20, 2010, the Court granted a stipulated request to extend the deadline for private mediation from December 2010 to June 29, 2011, on the basis that the mediation was more likely to be successful after the parties had an opportunity to conduct further discovery.

On February 3, 2011, the Court granted the parties' stipulated request to extend the fact discovery deadline from February 2, 2011, to June 30, 2011, in light of extensive negotiations required to reach a protective order before documents could be produced by the parties and difficulties defendants experienced in obtaining medical records from third parties.  No deadlines other than the fact discovery deadline were affected by this request and order.

On or around June 23, 2011 the Court granted the parties' stipulated request to extend the private mediation deadline from June 29, 2011 to September 15, 2011; stay discovery until after the mediation or ruling on Defendants' motions for summary judgment, whichever comes later; and allow the parties to file a proposed scheduling order within two weeks of the mediation (in the event it is unsuccessful) or ruling on defendants' motions for summary judgment, whichever comes later.

On July 21, 2011, the Court granted the parties' stipulated request to amend the summary judgment briefing schedule and continue the hearing dates on Defendant SmithKline Beecham d/b/a GlaxoSmithKline's ("GSK") and Defendant Abbott Laboratories' ("Abbott") motions for summary judgment to September 1, 2011, at 2:00pm.

1

STIPULATED REQUEST FOR AN ORDER EXTENDING TIME AND [PROPOSED] ORDER

CASE NO. 4:09-CV-04124 CW

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. The parties hereto request that the September 15, 2011 deadline for the parties to conduct private mediation be continued to September 16, 2011.

2. DECLARATION PURSUANT TO L.R. 6-2(a): The parties declare that (1) the reason for the requested enlargement of time is to allow the parties to engage in mediation; (2) as set forth above, the parties do not anticipate that this extension of the mediation deadline will affect other deadlines.

DATED: August 30, 2011.

| | |
|---|---|
| /s/ Kevin Haverty<br>Kevin Haverty (*pro hac vice*)<br>WILLIAMS CUKER BEREZOFSKY, LLC<br>Woodland Falls Corporate Park<br>210 Lake Drive East, Suite 101<br>Cherry Hill, NJ 08002<br>*Counsel for Plaintiffs* | /s/ Traci L. Shafroth<br>Traci L. Shafroth<br>KIRKLAND & ELLIS LLP<br>555 California St.<br>San Francisco, CA 94104<br>*Counsel for Abbott Laboratories* |
| /s/ Michelle A. Childers<br>Michelle A. Childers<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 30th Fl.<br>San Francisco, CA 94105<br>*Counsel for Centocor Ortho Biotech, Inc.*<br>*and Johnson & Johnson* | /s/ Prentiss W. Hallenbeck<br>Prentiss W. Hallenbeck, Jr. (*pro hac vice*)<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>*Counsel for Teva Pharmaceuticals*<br>*USA, Inc.* |
| /s/ William A. Hanssen<br>William A. Hanssen<br>DRINKER BIDDLE & REATH LLP<br>333 South Grand Ave., Ste. 1700<br>Los Angeles, CA 90071-1504<br>*Counsel for SmithKline Beecham*<br>*Corporation*<br>*d/b/a GlaxoSmithKline* | /s/ Prentiss W. Hallenbeck<br>Prentiss W. Hallenbeck, Jr. (*pro hac vice*)<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>*Counsel for Par Pharmaceutical, Inc.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **August 30** _____, 2011

_____
CLAUDIA WILKEN
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kevin Haverty, am the ECF user whose ID and password are being used to file this STIPULATED REQUEST FOR AN ORDER EXTENDING TIME.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Kevin Haverty, counsel for Plaintiffs, Michelle A. Childers, counsel for Centocor Ortho Biotech, Inc., and Johnson & Johnson, William A. Hanssen, counsel for SmithKline Beecham Corporation, Traci L. Shafroth, counsel for Abbott Laboratories, and Prentiss W. Hallenbeck, Jr., counsel for Teva Pharmaceuticals USA, Inc., and Par Pharmaceutical, Inc.

                */s/ Kevin Haverty*
                Kevin Haverty, *pro hac vice*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2011, I electronically filed the foregoing STIPULATED REQUEST FOR ORDER EXTENDING TIME AND [PROPOSED] ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses registered, as denoted on the Court's Electronic Mail Notice List, and I hereby certify that I have mailed a true and correct copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants listed below:

| | |
|---|---|
| John D. Winter | Jeffrey F. Peck |
| Patterson, Belknap, Webb & Tyler LLP | Ulmer & Berne LLP |
| 1133 Avenue Of The Americas | 600 Vine Street, Suite 2800 |
| New York, New York  10036-6710 | Cincinnati, Ohio  45202 |

DATED:  August 30, 2011

By: */s/ Kevin Haverty*

Kevin Haverty, *pro hac vice*
WILLIAMS CUKER BEREZOFSKY, LLC
Khaverty@wcblegal.com
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey  08002
Telephone:  (856) 667-0500
Fax:           (856) 667-5133