Kevin Haverty, Esq., *pro hac vice*
WILLIAMS CUKER BEREZOFSKY, LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone: (856) 667-0500

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC.;<br><br>Defendants. | CASE NO. 4:09-CV-04124-CW<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT CENTOCOR'S MOTION FOR SUMMARY JUDGMENT**<br><br>Removal Filed: September 4, 2009 |

## **STIPULATION**

Pursuant to Rule 6-2(a), the parties jointly request that the deadlines be extended as set forth herein.

1. On or about July 7, 2011 all defendants, with the exception of defendants Centocor and Johnson & Johnson filed motions for summary judgment on proximate causation under the learned intermediary doctrine.

1

STIPULATED REQUEST FOR ORDER EXTENDING TIME AND [PROPOSED] ORDER    CASE NO. 4:09-CV-04124-CW

2. The court heard oral argument on those motions on September 1, 2011 but reserved judgment at that time.

3. On December 15, 2011, the court entered summary judgment in favor of the moving defendants and invited defendants Centocor and Johnson & Johnson to file a motion for summary judgment—if they so wished—so as to be returnable on January 26, 2012. On December 22, 2011, defendants Centocor and Johnson & Johnson filed a motion for summary judgment returnable on January 26, 2012.

4. Pursuant to the local rules of the court, plaintiffs' response is due 21 days before the return date or January 5, 2011. However, one week of the two weeks plaintiffs would ordinarily have had to respond to the motion fell during the holidays between Christmas and New Years Day.

5. On January 4, 2012, the parties conferred and agreed to carry the motion return date for one week to permit plaintiffs adequate time to respond.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The parties hereto request that the January 26, 2012 motion return date be carried for one week, or until the next regular motion day.

2. Plaintiffs' brief in opposition to defendants' motion for summary judgment shall be due on or before January 12, 2012.

3. Defendants' reply brief which was due on January 12, 2012 shall be due on or before January 17, 2012.

4. DECLARATION PURSUANT TO L.R. 6-2(a): The parties declare that (1) the reason for the requested enlargement of time is to allow the parties adequate time to prepare a responses in light of the intervening holidays. This modification of the motion schedule will not affect other deadlines in the case.

DATED: January 4, 2012

1

2      /s/ Kevin Haverty
Kevin Haverty (*pro hac vice*)
3   WILLIAMS CUKER BEREZOFSKY, LLC
Woodland Falls Corporate Park
4   210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
5   *Counsel for Plaintiffs*

6      /s/ Michelle A. Childers
Michelle A. Childers
7   DRINKER BIDDLE & REATH LLP
50 Freemont Street, 30th Fl.
8   San Francisco, CA 94105
*Counsel for Centocor Ortho Biotech, Inc.*
9   *and Johnson & Johnson*

10

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.   The hearing on the motion and the case

12  management conference will be held on Thursday, February 2, 2012 at 2:00 p.m.

13

14  Dated:  _    January 5 _, 2012

15  CLAUDIA WILKEN
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATED REQUEST FOR ORDER EXTENDING TIME AND [PROPOSED] ORDER          CASE NO. 4:09-CV-04124-CW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kevin Haverty, am the ECF user whose ID and password are being used to file this STIPULATED REQUEST FOR ORDER EXTENDING TIME AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Michelle A. Childers, counsel for Centocor Ortho Biotech, Inc., and Johnson & Johnson.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin Haverty*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 4, 2012, I electronically filed the foregoing STIPULATED REQUEST FOR ORDER EXTENDING TIME AND [PROPOSED] ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses registered, as denoted on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  January 4, 2011

By: s/ *Kevin Haverty*

Kevin Haverty, pro hac vice
WILLIAMS CUKER BEREZOFSKY, LLC
Khaverty@wcblegal.com
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey  08002
Telephone:  (856) 667-0500
Fax:            (856) 667-5133