1  MICHELLE A. CHILDERS (SBN #197064)
   michelle.childers@dbr.com
2  AMY P. FRENZEN (SBN #245368)
   amy.frenzen@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:     (415) 591-7500
5  Facsimile:      (415) 591-7510

6  Attorneys for Defendants
   CENTOCOR ORTHO BIOTECH INC., erroneously
7  served and sued herein as CENTOCOR, INC., and
   JOHNSON & JOHNSON
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12

13  STEPHEN WENDELL & LISA              | Case No. 4:09-cv-04124-CW
    WENDELL, his wife, for themselves and|
14  as successors in interest to MAXX    | **STIPULATION RE EXHIBITS TO JONES**
    WENDELL, deceased,                   | **AFFIDAVIT IN SUPPORT OF**
15                                       | **DEFENDANTS CENTOCOR ORTHO**
                      Plaintiffs,        | **BIOTECH INC. AND JOHNSON &**
16                                       | **JOHNSON'S MOTION FOR SUMMARY**
    v.                                   | **JUDGMENT**
17                                       |
    JOHNSON & JOHNSON ET AL,             | Date:    February 2, 2012
18                                       | Time:    2:00 p.m.
                      Defendants.        | Place:   Courtroom 2, 4th Floor
19                                       |
                                         | Judge:   Honorable Claudia Wilken
20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
   REATH LLP       STIPULATION RE EXHIBITS TO JONES AFFIDAVIT                    CASE NO. 4:09-CV-04124-CW
ATTORNEYS AT LAW   SF01/ 813215.1
  SAN FRANCISCO

**STIPULATION**

WHEREAS, defendants Centocor Ortho Biotech Inc. and Johnson & Johnson (collectively "Defendants") filed the Affidavit of Stella Jones in support of their Motion for Summary Judgment on December 22, 2011;

WHEREAS, the Affidavit of Stella Jones referenced Exhibits A through G, which were not filed on December 22, 2011;

WHEREAS, counsel for Plaintiffs, Kevin Haverty, has reviewed Exhibits A through G referenced in the Affidavit of Stella Jones;

WHEREAS, Defendants and Plaintiffs agree that the exhibits referenced in the Affidavit of Stella Jones be deemed filed as of December 22, 2011;

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1.  Exhibits A through G referenced in the Affidavit of Stella Jones, which are attached to the Declaration of Michelle A. Childers filed on this date (January 17, 2012), be deemed filed as of December 22, 2011.

*/s/ Kevin Haverty*
Kevin Haverty (*pro hac vice*)
WILLIAMS CUKER BEREZOVSKY
Woodland Falls Corporate Park
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
*Counsel for Plaintiffs*

*/s/ Michelle A. Childers*
Michelle A. Childers
DRINKER BIDDLE & REATH LLP
50 Freemont Street, 30th Fl.
San Francisco, CA 94105
*Counsel for Centocor Ortho Biotech, Inc. and Johnson & Johnson*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/18/2012

CLAUDIA WILKEN
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michelle A. Childers, am the ECF user whose ID and password are being used to file this JOINT STIPULATION OF DISMISSAL. In compliance with General Order 45, X.B., I hereby attest that Kevin Haverty, counsel for Plaintiffs, has concurred in this filing.

_____/s/ Michelle A. Childers_____

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE EXHIBITS TO JONES AFFIDAVIT
SF01/ 813215.1

- 3 -

CASE NO. 4:09-CV-04124-CW