1    MICHELLE A. CHILDERS (SBN #197064)
     michelle.childers@dbr.com
2    AMY P. FRENZEN (SBN #245368)
     amy.frenzen@dbr.com
3    DRINKER BIDDLE & REATH LLP
     50 Fremont Street, 20th Floor
4    San Francisco, CA  94105-2235
     Telephone:     (415) 591-7500
5    Facsimile:     (415) 591-7510

6    Attorneys for Defendants
     CENTOCOR ORTHO BIOTECH INC., erroneously
7    served and sued herein as CENTOCOR, INC., and
     JOHNSON & JOHNSON

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12

13   STEPHEN WENDELL & LISA                Case No. 4:09-cv-04124-CW
     WENDELL, his wife, for themselves and
14   as successors in interest to MAXX     **STIPULATION RE EXHIBITS TO JONES**
     WENDELL, deceased,                    **AFFIDAVIT IN SUPPORT OF**
15                                         **DEFENDANTS CENTOCOR ORTHO**
                     Plaintiffs,           **BIOTECH INC. AND JOHNSON &**
16                                         **JOHNSON'S MOTION FOR SUMMARY**
     v.                                    **JUDGMENT**
17
     JOHNSON & JOHNSON ET AL,              Date:      February 2, 2012
18                                         Time:      2:00 p.m.
                     Defendants.           Place:     Courtroom 2, 4th Floor
19
                                           Judge:     Honorable Claudia Wilken
20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
  REATH LLP        STIPULATION RE EXHIBITS TO JONES AFFIDAVIT
ATTORNEYS AT LAW   SF01/ 813215.1                                      CASE NO. 4:09-CV-04124-CW
 SAN FRANCISCO

1

**STIPULATION**

2          WHEREAS, defendants Centocor Ortho Biotech Inc. and Johnson & Johnson

3   (collectively "Defendants") filed the Affidavit of Stella Jones in support of their Motion for

4   Summary Judgment on December 22, 2011;

5          WHEREAS, the Affidavit of Stella Jones referenced Exhibits A through G, which were

6   not filed on December 22, 2011;

7          WHEREAS, counsel for Plaintiffs, Kevin Haverty, has reviewed Exhibits A through G

8   referenced in the Affidavit of Stella Jones;

9          WHEREAS, Defendants and Plaintiffs agree that the exhibits referenced in the Affidavit

10  of Stella Jones be deemed filed as of December 22, 2011;

11  **THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

12          1.      Exhibits A through G referenced in the Affidavit of Stella Jones, which are

13  attached to the Declaration of Michelle A. Childers filed on this date (January 17, 2012), be

14  deemed filed as of December 22, 2011.

15

16

17      */s/ Kevin Haverty*                                      */s/ Michelle A. Childers*

18  Kevin Haverty (*pro hac vice*)                      Michelle A. Childers
    WILLIAMS CUKER BEREZOVSKY                DRINKER BIDDLE & REATH LLP
19  Woodland Falls Corporate Park                  50 Freemont Street, 30th Fl.
    210 Lake Drive East, Suite 101                  San Francisco, CA 94105
20  Cherry Hill, NJ 08002                               *Counsel for Centocor Ortho Biotech, Inc. and*
    *Counsel for Plaintiffs*                              *Johnson & Johnson*

21

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24

25  Dated: ___ 1/18/2012 _____

26                                                              CLAUDIA WILKEN
                                                                United States District Judge

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE EXHIBITS TO JONES AFFIDAVIT          - 2 -          CASE NO. 4:09-CV-04124-CW
SF01/ 813215.1

1   **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2   I, Michelle A. Childers, am the ECF user whose ID and password are being used to file

3   this JOINT STIPULATION OF DISMISSAL. In compliance with General Order 45, X.B., I

4   hereby attest that Kevin Haverty, counsel for Plaintiffs, has concurred in this filing.

5

6   _____*/s/ Michelle A. Childers*_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE EXHIBITS TO JONES AFFIDAVIT
SF01/ 813215.1                                           - 3 -                    CASE NO. 4:09-CV-04124-CW