IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WENDELL & LISA WENDELL, as successors in interest to MAXX WENDELL, deceased,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC.,<br><br>    Defendants.<br>_____/ | No. C 09-04124 CW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION (Docket No. 220) |

    Having considered Plaintiffs' motion for leave to file a motion for reconsideration, pursuant to this Court's Local Rule 7-9(a), and Defendants' oppositions, the Court grants the motion. Docket No. 220.  The Court deems Plaintiffs' motion for leave as the motion for reconsideration.  If any Defendant wishes to file a further opposition, it may do so within ten days in a brief not to exceed eight pages.  To the extent possible, Defendants are encouraged to consolidate any briefing.

    IT IS SO ORDERED.

Dated: 4/12/2012

CLAUDIA WILKEN
United States District Judge