William A. Hanssen (Bar No. 110613)
Suzanne V. Stouder (Bar No. 161077)
DRINKER BIDDLE & REATH LLP
1800 Century Park E, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
william.hanssen@dbr.com
suzanne.stouder@dbr.com

Attorneys for Defendant
GLAXOSMITHKLINE LLC, erroneously
served and sued herein as SMITHKLINE BEECHAM
d/b/a GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL & LISA WENDELL, his wife, for themselves and as successors in interest to MAXX WENDELL, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC.<br><br>Defendants. | Case No. 4:09-cv-04124-CW<br>Hon. Claudia Wilken<br>Courtroom 2<br><br>**[PROPOSED] AMENDED JUDGMENT IN FAVOR OF DEFENDANT GLAXOSMITHKLINE LLC, formerly known as and served and sued herein as SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE** |

1  On March 2, 2011, Defendant GLAXOSMITHKLINE LLC, formerly known
2  as and served and sued herein as SMITHKLINE BEECHAM d/b/a
3  GLAXOSMITHKLINE ("GSK") moved for Summary Judgment on Plaintiffs'
4  Third Amended Complaint as to Defendant GSK.

5  The pleadings, issues, briefs, authorities and evidence presented having been
6  fully considered, and a decision having been duly rendered through this Court's
7  Order entered July 25, 2012 granting summary judgment for GSK,

8  IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that the
9  action be dismissed on the merits with prejudice as to Defendant GSK and that
10 Defendant GSK recover its costs of suit in the amount of $2697.60, as taxed by the
11 clerk August 22, 2012.

13 **IT IS SO ORDERED.**

16 Dated: _____   By: _____
                                         Hon. Claudia Wilken
17                                       United States District Court Judge