IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WENDELL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4124 CW<br><br>ORDER AMENDING CASE MANAGEMENT ORDER; GRANTING IN PART MOTION FOR EXTENSION OF TIME (Docket No. 242) |

On January 16, 2013, Plaintiffs Stephen and Lisa Wendell moved to extend all discovery-related deadlines by ninety days and to continue trial for thirty days. Defendants Abbot Laboratories and Centocor Ortho Biotech, Inc. oppose the motion. Having reviewed the parties' papers, the Court hereby amends the case management order as follows:

    February 26, 2013: Fact discovery closes.

    March 12, 2013: Identities and reports of expert witnesses must be submitted.

    All other discovery deadlines, motion hearings, and trial-related dates shall remain unchanged from the August 8, 2012 case management order. See Docket No. 236.

    IT IS SO ORDERED.

Dated: 1/23/2013

                                    CLAUDIA WILKEN
                                    United States District Judge