IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN WENDELL, et al., | No. C 09-04124 CW |
|---|---|
| Plaintiffs, | ORDER OF <u>REFERENCE TO</u> <u>MAGISTRATE JUDGE</u> |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel discovery and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, March 28, 2013, is vacated. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge. If Plaintiffs are also seeking to change previously set dates before this Court, they must file a motion to that effect, which will not be referred to a Magistrate Judge.

Dated: 2/26/2013

CLAUDIA WILKEN
United States District Judge

cc:  MagRef; Assigned M/J w/mo.