United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. C09-4124 CW (JSC)<br><br>ORDER RE: PLAINTIFF'S MOTION TO COMPEL (Dkt. No. 250) |

Now pending before the Court is Plaintiff's motion to compel depositions and documents from defendants Teva and Par. The parties are ordered to appear in person on Thursday, March 7, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Avenue, San Francisco, CA 94012. At that time they will be directed to the jury room where they shall meet and confer in person. Counsel shall come prepared to agree to actual dates for depositions and document productions; in other words, should an agreement be reached, the parties shall agree to actual dates for the completion of the requested discovery. At 11:00 a.m. the Court will hear argument on the disputes, if any, which remain following the in person meet and confer. If Defendants wish to file a written response to Plaintiffs' motion to compel, they shall do so on or before March 4, 2013.

**IT IS SO ORDERED.**

Dated: February 27, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2