IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WENDELL, et al., | No. C 09-4124 CW |
| Plaintiffs, | ORDER REFERRING MOTION (Docket No. 263) TO MAGISTRATE JUDGE |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

On March 5, 2013, Plaintiffs moved to modify the case management schedule by extending the fact discovery cut-off. Defendants contend that this extension is unnecessary because the only discovery requests they have yet to answer are currently at issue in a pending motion to compel before Magistrate Judge Corley (and, if Judge Corley grants that motion, Defendants will have to respond to those discovery requests with or without an extension of the discovery cut-off). The Court therefore refers Plaintiffs' motion to modify the discovery schedule to Judge Corley. Because Judge Corley is more familiar with the parties' recent discovery disputes and will soon be deciding the pending motion to compel, she will be better able to decide whether an extension of the current discovery cut-off is justified.

Judge Corley is authorized to extend the discovery cut-off and any other deadlines that will not affect current court dates. If Judge Corley finds that other court dates should be changed,

she may so recommend.  The hearing previously scheduled for April 11, 2013 is hereby VACATED.

    IT IS SO ORDERED.

Dated: 4/8/2013  
CLAUDIA WILKEN  
United States District Judge

cc: JSC