Kevin Haverty, Esq., *pro hac vice*
WILLIAMS CUKER BEREZOFSKY, LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel:  856-667-0500
Fax: 856-667-5133

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephen Wendell, and Lisa Wendell, for themselves and as successors in interest to Maxx Wendell, deceased | **CASE NO. C 09-04124 CW** |
| Plaintiff(s), | **Hearing Date: Thursday, June 13, 2013**<br>**Hearing Time: 9:00 a.m.** |
| v.<br>Johnson & Johnson, et al. | **Hearing Location: Courtroom F,**<br>**15th Floor, 450 Golden Gate Ave.**<br>**San Francisco, CA 94102** |
| Defendant(s). | **Response Date: Monday, May 20, 2013**<br>**Reply Date:  Tuesday, May 28, 2013** |

___

### NOTICE OF MOTION FOR PROTECTIVE ORDER
### FIXING THE PLACE FOR DEPOSITION OF DEFENDANT TEVA'S
### 30(b)(6) WITNESS

___

**TAKE NOTICE** that Plaintiffs hereby move for a Protective Order, pursuant to *Fed. R. Civ. P.* 26(c)(1)(B) requiring the deposition of defendant Teva's 30(b)(6) witness take place in San Francisco in the Magistrate Judge's courtroom (or other location deemed appropriate by the court).

Plaintiffs will rely upon the attached Declaration of Counsel in support of this motion.

A proposed form of Order is attached.

                                Respectfully submitted,

                                WILLIAMS CUKER BEREZOFSKY, LLC

                      BY:     */s/ Kevin Haverty*
                  KEVIN HAVERTY, *pro hac vice*
                              Khaverty@wcblegal.com
                              210 Lake Drive East, Suite 101
                              Cherry Hill, New Jersey  08002
                              Tel  (856) 667-0500
                              Fax  (856) 667-5133
                              *Counsel for Plaintiffs*