IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WENDELL, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>　　　Defendants.<br>_____/ | No. C 09-4124 CW<br><br>ORDER GRANTING DEFENDANT PAR PHARMACEUTICAL, INC.'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT (Docket No. 286) |

　　　Defendant Par Pharmaceutical, Inc. moves for summary judgment on all claims.  It contends that all of Plaintiffs' claims against it are preempted by federal law.  On May 31, 2013, Plaintiffs filed a statement of non-opposition to Defendant's motion.  Accordingly, Defendant's motion is GRANTED and all claims against it are dismissed.

　　　IT IS SO ORDERED.


Dated: 5/31/2013

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge