# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

Stephen Wendell, and Lisa Wendell, for themselves and as successors in interest to Maxx Wendell, deceased

CASE NO. 4:09-cv-04124 CW

Plaintiff(s),

v.

Johnson & Johnson, et al.

Defendant(s).

## ORDER

**THIS MATTER** having been opened to the court on the motion by plaintiffs for relief to file a motion to supplement Plaintiffs' Motion for Leave to File a Motion for Reconsideration of the court's Order of July 25, 2012 entering summary judgment in favor of defendant GlaxoSmithKline and the court having considered the submissions of counsel and good cause appearing;

**IT IS** on this   4th   day of   September  , 2013,

**ORDERED**, that plaintiffs' motion be and the same is hereby **GRANTED** and Plaintiffs are granted leave to file a motion to supplement Plaintiffs' Motion for Leave to File a Motion for Reconsideration of the court's July 25, 2012 Order entering summary judgment in favor of defendant GlaxoSmithKline.

_____

**U.S.D.J.**