UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN WENDELL, et al.,

      Plaintiffs,

    v.

JOHNSON & JOHNSON, et al.,

      Defendants.

NO. C 09-04124 CW

**MINUTE ORDER**
Date: September 5, 2013

Time: 35 Minutes

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley     Court Reporter: Raynee Mercado**

**Appearances for Plaintiff:**
Kevin Haverty

**Appearances for Defendant:**
Prentiss Hollenback; Micheal Foradis; Thomas Frieder; Michelle Childers; Traci Shafroth; Amy Frenzen

**Further Case Management Conference - HELD**

Notes: At the request of the parties the Court sets the new deadlines and hearing dates: **9/19/2013**-Disclosure of identities and reports of Defendants' expert witness; **11/27/2013**-Completion of Expert Discovery**; 12/19/2013**-Plaintiff's **daubert/summary judgment motion** due; **1/9/2014**-Defendant's opposition/cross motion (contained within a single brief) due; **1/23/2014-**Plaintiff's reply/opposition to cross motion (contained within a single brief) due; **1/30/2014**-Defendant's reply due one week thereafter; and **2/13/2014**-Last day to hear all dispositive motions.

Previously set for pretrial conference and jurt trial dates are vacated.

Next court dates are: 6/4/2014 at 2;00 p.m. for pretrial conference; 9/2/2014 at 8:30 a.m. for jury selection/jury trial (14 day)

Copies to:  Chambers