IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WENDELL, et al., | No. C 09-4124 CW |
| Plaintiffs, | ORDER GRANTING IN PART MOTION TO EXCEED PAGE LIMITS (Docket No. 315) |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

On December 31, 2013, Defendants Abbott Laboratories, Johnson & Johnson, Centocor, Inc., and Teva Pharmaceuticals USA, Inc. moved for leave to exceed the page limits for their joint summary judgment briefs. Specifically, they seek leave to file an opening brief of seventy-five pages and a reply brief of forty-five pages. Neither of these requests is justified.

Nevertheless, given the number of pharmaceutical products at issue in this litigation, the Court will grant Defendants leave to file an opening summary judgment brief of up to thirty pages. Plaintiff may file a responsive brief of the same length. Because Defendants do not yet know how many pages they will need for their reply, their request to file a forty-five page reply brief is denied.

IT IS SO ORDERED.

Dated: 1/6/2014

CLAUDIA WILKEN
United States District Judge