IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WENDELL, et al., | No. C 09-4124 CW |
| Plaintiffs, | ORDER CONTINUING SUMMARY JUDGMENT HEARING |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | |

The motion hearing previously scheduled for February 13, 2014 is hereby CONTINUED to February 20, 2014. If any party is unavailable to attend the hearing on that date, the parties should file a stipulation to continue the hearing to a later date.

IT IS SO ORDERED.

Dated: 1/8/2014

CLAUDIA WILKEN
United States District Judge