Kevin Haverty, Esq., *pro hac vice*
WILLIAMS CUKER BEREZOFSKY, LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Tel:  856-667-0500
Fax: 856-667-5133

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Stephen Wendell, and Lisa Wendell, for themselves and as successors in interest to Maxx Wendell, deceased

                  Plaintiff(s),

v.

Johnson & Johnson, et al.

                  Defendant(s).

CASE NO. 4:09-cv-04124 CW

Hearing Date: Thursday, February 20, 2014
Hearing Time: 2:00 p.m.
Hearing Location: Oakland Courthouse,
    Courtroom 2 – 4th Floor
    1301 Clay Street, Oakland, CA 94612
Response Date: Thursday, January 23, 2014
Reply Date:  Thursday, January 30, 2014

___

**NOTICE OF MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFFS' RESPONSE BRIEF ON DEFENDANTS' OMNIBUS MOTION TO EXCLUDE TESTIMONY AND FOR SUMMARY JUDGMENT**

___

**TAKE NOTICE** that Plaintiffs hereby move for an extension of time, not to exceed seven (7) days, to file their response brief in opposition to defendants' Omnibus Motion to Exclude Testimony and for Summary Judgment.

Plaintiffs will rely upon the attached Declaration of Counsel in support of this motion.

A proposed form of Order is attached.

                Respectfully submitted,

                WILLIAMS CUKER BEREZOFSKY, LLC

       BY:    */s/ Kevin Haverty*
                KEVIN HAVERTY, *pro hac vice*
                Khaverty@wcblegal.com
                210 Lake Drive East, Suite 101
                Cherry Hill, New Jersey  08002
                Tel  (856) 667-0500
                Fax  (856) 667-5133

Dated:  January 20, 2014                *Counsel for Plaintiffs*