# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

Stephen Wendell, and Lisa Wendell, for themselves and as successors in interest to Maxx Wendell, deceased

**CASE NO. 4:09-cv-04124 CW**

          Plaintiff(s),

   v.

Johnson & Johnson, et al.

          Defendant(s).
_____/

## ORDER

**THIS MATTER** having been opened to the court on Plaintiffs' motion for an extension of time, not to exceed seven (7) days, to file their response brief in opposition to Defendants' Omnibus Motion to Exclude Testimony and for Summary Judgment, and with all other filing dates adjusted accordingly.

The court having considered the submission of counsel and good cause appearing;

**IT IS** on this _____ day of _____, 2014,

**ORDERED**, that Plaintiffs' motion is hereby **GRANTED** and Plaintiffs are granted an extension of time until January 30, 2014 to file their response brief in opposition and additional dates are adjusted as follows:

| | |
|---|---|
| Plaintiffs' Response Brief due date: | January 30, 2014 |
| Defendants' Reply Brief due date: | February 6, 2014 |
| Motion Hearing Set date: | March 13, 2014 |

 

_____

**U.S.D.J.**