James Maxwell Cooper (S.B.N. 274054)
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Attorneys for Defendant
ABBOTT LABORATORIES

Kevin Haverty (admitted *pro hac vice*)
khaverty@wcblegal.com
WILLIAMS CUKER BEREZOFSKY, LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone:     (856) 667-0500
Facsimile:     (856) 667-5133

Attorney for Plaintiffs

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,<br><br>　　　　　Plaintiffs,<br><br> v.<br><br>JOHNSON & JOHNSON;<br>CENTOCOR, INC.;<br>ABBOTT LABORATORIES;<br>SMITHKLINE BEECHAM<br>d/b/a GLAXOSMITHKLINE;<br>TEVA PHARMACEUTICALS USA;<br>GATE PHARMACEUTICALS,<br>a division of TEVA PHARMACEUTICALS USA;<br>PAR PHARMACEUTICAL, INC.;<br><br>　　　　　Defendants. | Case No: 4:09-cv-04124-CW<br><br>**STIPULATED JOINT MOTION FOR STAY OF PROCEEDINGS AS TO PLAINTIFFS' CLAIMS AGAINST ABBOTT LABORATORIES** |

1  Plaintiffs Stephen Wendell and Lisa Wendell and Defendant Abbott Laboratories ("Abbott") hereby jointly move the Court for a stay of proceedings as to Plaintiffs' claims against Abbott.

On April 9, 2014, Plaintiffs and Abbott reached an agreement in principle to settle Plaintiffs' claims against Abbott in this case. The parties are working in good faith to finalize the terms of a settlement agreement, and anticipate that they will be able to execute a final settlement agreement by May 2, 2014. As part of their agreement in principle to settle Plaintiffs' claims against Abbott and in the interests of efficiency, the parties have agreed that it is in the interest of both parties to stay all proceedings as to Abbott until the parties' settlement is finalized.

Accordingly, Abbott and Plaintiffs respectfully request that the Court grant a stay of proceedings as to Plaintiffs' claims against Abbott.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATED JOINT MOTION FOR STAY OF PROCEEDINGS        1         Case No: 4:09-cv-04-124-CW
AS TO ABBOTT LABORATORIES

| | |
|---|---|
| DATED:  April 11, 2014 | Respectfully submitted, |
| | */s/* James Maxwell Cooper |
| | James Maxwell Cooper |
| | max.cooper@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 555 California Street, 27th Floor |
| | San Francisco, CA  94104 |
| | Telephone:   (415) 439-1400 |
| | Facsimile:    (415) 439-1500 |
| | |
| | Michael P. Foradas (*pro hac vice*) |
| | michael.foradas@kirkland.com |
| | Renee D. Smith (*pro hac vice*) |
| | renee.smith@kirkland.com |
| | Brenton Rogers (*pro hac vice*) |
| | brenton.rogers@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL  60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |
| | |
| | *Counsel for Defendant Abbott Laboratories* |
| DATED:  April 11, 2014 | */s/* Kevin Haverty |
| | Kevin Haverty (*pro hac vice*) [1] |
| | khaverty@wcblegal.com |
| | WILLIAMS CUKER BEREZOFSKY, LLC |
| | 210 Lake Drive East, Suite 101 |
| | Cherry Hill, NJ  08002 |
| | Tel: 856-667-0500 |
| | Fax: 856-667-5133 |
| | |
| | *Counsel for Plaintiffs* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  _____, 2014

CLAUDIA WILKEN
United States District Judge

---

[1] I, James Maxwell Cooper, hereby attest, pursuant to Local Rule 5-1(i), that concurrence in the filing of this document has been obtained from the other signatory.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **STIPULATED JOINT MOTION FOR STAY OF PROCEEDINGS AS TO PLAINTIFFS' CLAIMS AGAINST ABBOTT LABORATORIES** via the CM/ECF system on April 11, 2014.

DATED:  April 11, 2014

By: */s/* James Maxwell Cooper

James Maxwell Cooper
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104-1501
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

*Counsel for Abbott Laboratories*