James Maxwell Cooper (S.B.N. 274054)
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California  94104-1501
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Attorneys for Defendant
ABBOTT LABORATORIES

Kevin Haverty (admitted *pro hac vice*)
khaverty@wcblegal.com
WILLIAMS CUKER BEREZOFSKY, LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone:     (856) 667-0500
Facsimile:     (856) 667-5133

Attorney for Plaintiffs

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,<br><br>               Plaintiffs,<br><br> v.<br><br>JOHNSON & JOHNSON;<br>CENTOCOR, INC.;<br>ABBOTT LABORATORIES;<br>SMITHKLINE BEECHAM<br>d/b/a GLAXOSMITHKLINE;<br>TEVA PHARMACEUTICALS USA;<br>GATE PHARMACEUTICALS,<br>a division of TEVA PHARMACEUTICALS USA;<br>PAR PHARMACEUTICAL, INC.;<br><br>               Defendants. | Case No: 4:09-cv-04124-CW<br><br>**STIPULATED JOINT MOTION FOR STAY OF PROCEEDINGS AS TO PLAINTIFFS' CLAIMS AGAINST ABBOTT LABORATORIES** |

1  Plaintiffs Stephen Wendell and Lisa Wendell and Defendant Abbott Laboratories ("Abbott")
2  hereby jointly move the Court for a stay of proceedings as to Plaintiffs' claims against Abbott.
3  On April 9, 2014, Plaintiffs and Abbott reached an agreement in principle to settle Plaintiffs'
4  claims against Abbott in this case. The parties are working in good faith to finalize the terms of a
5  settlement agreement, and anticipate that they will be able to execute a final settlement agreement by
6  May 2, 2014. As part of their agreement in principle to settle Plaintiffs' claims against Abbott and in the
7  interests of efficiency, the parties have agreed that it is in the interest of both parties to stay all
8  proceedings as to Abbott until the parties' settlement is finalized.
9  Accordingly, Abbott and Plaintiffs respectfully request that the Court grant a stay of proceedings
10 as to Plaintiffs' claims against Abbott.
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

| | |
|---|---|
| DATED:  April 11, 2014 | Respectfully submitted, |
| | */s/* James Maxwell Cooper<br>James Maxwell Cooper<br>max.cooper@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA  94104<br>Telephone:   (415) 439-1400<br>Facsimile:    (415) 439-1500 |
| | Michael P. Foradas (*pro hac vice*)<br>michael.foradas@kirkland.com<br>Renee D. Smith (*pro hac vice*)<br>renee.smith@kirkland.com<br>Brenton Rogers (*pro hac vice*)<br>brenton.rogers@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200 |
| | *Counsel for Defendant Abbott Laboratories* |
| DATED:  April 11, 2014 | */s/* Kevin Haverty<br>Kevin Haverty (*pro hac vice*) [1]<br>khaverty@wcblegal.com<br>WILLIAMS CUKER BEREZOFSKY, LLC<br>210 Lake Drive East, Suite 101<br>Cherry Hill, NJ  08002<br>Tel: 856-667-0500<br>Fax: 856-667-5133 |
| | *Counsel for Plaintiffs* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.  The pretrial conference is continued to July 2, 2014 to give the settling parties time to finalize their settlement before pre-trial filings are due.  The trial will not be continued.

DATED:  _____April 14__, 2014            _____
                                            CLAUDIA WILKEN
                                            United States District Judge

---

[1]  I, James Maxwell Cooper, hereby attest, pursuant to Local Rule 5-1(i), that concurrence in the filing of this document has been obtained from the other signatory.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **STIPULATED JOINT MOTION FOR STAY OF PROCEEDINGS AS TO PLAINTIFFS' CLAIMS AGAINST ABBOTT LABORATORIES** via the CM/ECF system on April 11, 2014.

DATED:  April 11, 2014    By: */s/* James Maxwell Cooper

James Maxwell Cooper
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA  94104-1501
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

*Counsel for Abbott Laboratories*