Kevin Haverty (*pro hac vice*)
khaverty@wcblegal.com
WILLIAMS CUKER BEREZOFSKY, LLC
210 Lake Drive East, Suite 101
Cherry Hill, NJ  08002
Tel: 856-667-0500
Fax: 856-667-5133

*Counsel for Plaintiffs*

Michelle A. Childers
Michelle.Childers@dbr.com
DRINKER BIDDLE & REATH
50 Fremont St., 20th Floor
San Francisco, CA 94105-2235
(415) 591-7527 *office*
(415) 591-7510 *fax*

*Counsel for Defendants*
*Centocor & Johnson & Johnson*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,<br><br>          Plaintiffs,<br><br> v.<br><br>JOHNSON & JOHNSON;<br>CENTOCOR, INC.;<br>ABBOTT LABORATORIES;<br>SMITHKLINE BEECHAM<br>d/b/a GLAXOSMITHKLINE;<br>TEVA PHARMACEUTICALS USA;<br>GATE PHARMACEUTICALS,<br>a division of TEVA PHARMACEUTICALS USA;<br>PAR PHARMACEUTICAL, INC.;<br><br>          Defendants. | Case No: 4:09-cv-04124-CW<br><br>**STIPULATED JOINT MOTION FOR STAY OF PROCEEDINGS AS TO PLAINTIFFS' CLAIMS AGAINST CENTOCOR AND JOHNSON & JOHNSON** |

Stipulated Joint Motion for Stay of Proceedings
As to Plaintiffs' Claims Against Centocor, Inc. and
Johnson & Johnson
Case No: 4:09-cv-04124-CW                                                                                          Page 1

Plaintiffs Stephen Wendell and Lisa Wendell and Defendants Centocor, Inc. and Johnson & Johnson hereby jointly move the Court for a stay of proceedings as to Plaintiffs' claims against Defendants Centocor, Inc. and Johnson & Johnson.

On April 9, 2014, Plaintiffs and Centocor and Johnson & Johnson reached an agreement in principle to settle Plaintiffs' claims against these defendants in this case.  The parties are working in good faith to finalize the terms of a settlement agreement, and anticipate that they will be able to execute a final settlement agreement shortly.  As part of their agreement in principle to settle Plaintiffs' claims against Centocor and Johnson & Johnson and in the interests of efficiency, the parties have agreed that it is in the interest of these parties to stay all proceedings as to Centocor and Johnson & Johnson until the parties' settlement is finalized.

Accordingly, Defendants Centocor, Inc. and Johnson & Johnson and Plaintiffs respectfully request that the Court grant a stay of proceedings as to Plaintiffs' claims against these defendants.

DATED:  April 11, 2014                         /s/  Kevin Haverty_____
                                                             Kevin Haverty (*pro hac vice*)
                                                             khaverty@wcblegal.com
                                                             WILLIAMS CUKER BEREZOFSKY, LLC
                                                             210 Lake Drive East, Suite 101
                                                             Cherry Hill, NJ  08002
                                                             Tel: 856-667-0500
                                                             Fax: 856-667-5133

                                                             *Counsel for Plaintiffs*

Stipulated Joint Motion for Stay of Proceedings
As to Plaintiffs' Claims Against Centocor, Inc. and
Johnson & Johnson
Case No: 4:09-cv-04124-CW                                                                                                          Page 2

DATED: April 11, 2014         /s/ Michelle A. Childers
                              Michelle A. Childers
                              Michelle.Childers@dbr.com
                              DRINKER BIDDLE & REATH
                              50 Fremont St., 20th Floor
                              San Francisco, CA 94105-2235
                              (415) 591-7527 *office*
                              (415) 591-7510 *fax*

                              *Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The pretrial conference is continued to July 2, 2014 to give the settling parties time to finalize their settlement before pre-trial filings are due. The trial will not be continued.

DATED: _____April 14_____, 2014     _____
                                          CLAUDIA WILKEN
                                          United States District Judge

Stipulated Joint Motion for Stay of Proceedings
As to Plaintiffs' Claims Against Centocor, Inc. and Johnson & Johnson
Case No: 4:09-cv-04124-CW                                          Page 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **STIPULATED JOINT MOTION FOR STAY OF PROCEEDINGS AS TO PLAINTIFFS' CLAIMS AGAINST CENTOCOR AND JOHNSON & JOHNSON** via the CM/ECF system on April 11, 2014.

<u>/s/  Kevin Haverty</u>
Kevin Haverty, *pro hac vice*
khaverty@wcblegal.com
WILLIAMS CUKER BEREZOFSKY. LLC
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey  08002
Tel   (856) 667-0500
Fax  (856) 667-5133

*Counsel for Plaintiffs*

DATED: April 11, 2014