IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WENDELL, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>        Defendants.<br>_____/ | No. C 09-4124 CW<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT AND CONTINUING FINAL PRETRIAL CONFERENCE |

    On April 11, 2014, the Plaintiffs notified the Court that they had reached a settlement in principle with Defendant Abbott Laboratories which they expected to finalize by May 2, 2014. Docket No. 351.  They also represented they had reached a separate settlement with Centocor, Inc. and Johnson & Johnson, which they expected to finalize "shortly."  Docket No. 352.  In light of these representations, the Court stayed the proceedings against Abbott Labs, Centocor, and Johnson & Johnson on April 14, 2014. Since then, the parties have not provided any new information regarding the progress of their efforts to finalize their pending settlement agreements.  Accordingly, by May 27, 2014, the settling parties shall either submit a joint status report on the status of their settlement efforts or file a Rule 41(a) stipulation to dismiss the claims against Abbott Labs, Centocor, and Johnson & Johnson.

The final pretrial conference previously set for July 2, 2014 shall be continued to 2:00 p.m. on July 30, 2014.

IT IS SO ORDERED.

Dated: 5/19/2014

CLAUDIA WILKEN
United States District Judge