UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC.;<br><br>Defendants. | Case No.: 4:09-cv-04124-CW<br><br>**STIPULATED (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ABBOTT LABORATORIES (n/k/a ABBVIE)**<br><br><br>Judge:  Honorable Claudia Wilken |

The matter in controversy having been resolved by and between the parties, it is hereby **ORDERED** that the case is hereby **DISMISSED WITH PREJUDICE**, by stipulation of the parties, as against **DEFENDANT ABBOTT LABORATORIES (n/k/a ABBVIE) ONLY** pursuant to *Fed. R. Civ. P.* 41(a)(2).

_____
CLAUDIA WILKEN, U.S.D.J.

Dated: 6/23/2014

The undersigned hereby stipulate and consent to the entry of the within Order.

| | |
|---|---|
| */s/ Kevin Haverty*<br>Kevin Haverty (*pro hac vice*)<br>WILLIAMS CUKER BEREZOFSKY<br>210 Lake Drive East, Suite 101<br>Cherry Hill, NJ 08002<br><br>*Counsel for Plaintiffs* | */s/ Brenton Rogers*<br>Brenton Rogers (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br><br>*Counsel for Abbott Laboratories* |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kevin Haverty, am the ECF user whose ID and password are being used to file this **STIPULATED (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ABBOTT LABORATORIES (n/k/a ABBVIE).**  In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing:  Brenton Rogers, counsel for Abbott Laboratories (n/k/a AbbVie); Kevin Haverty, counsel for Plaintiffs.

*/s/  Kevin Haverty*
Kevin Haverty, *pro hac vice*
khaverty@wcblegal.com
WILLIAMS CUKER BEREZOFSKY. LLC
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey  08002
Tel   (856) 667-0500
Fax  (856) 667-5133

*Counsel for Plaintiffs*

DATED: June 19, 2014

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **STIPULATED (PROPOSED) ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ABBOTT LABORATORIES (n/k/a ABBVIE)** via the CM/ECF system.

>  */s/ Kevin Haverty*
> Kevin Haverty, *pro hac vice*
> khaverty@wcblegal.com
> WILLIAMS CUKER BEREZOFSKY. LLC
> 210 Lake Drive East, Suite 101
> Cherry Hill, New Jersey  08002
> Tel   (856) 667-0500
> Fax  (856) 667-5133
>
> *Counsel for Plaintiffs*

DATED: June 19, 2014