MICHELLE A. CHILDERS (SBN 197064)
michelle.childers@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendants
JANSSEN BIOTECH, INC. (f/k/a CENTOCOR
ORTHO BIOTECH INC. and/or CENTOCOR,
INC.) and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN WENDELL AND LISA WENDELL, for themselves and as successors in interest to MAXX WENDELL, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; CENTOCOR, INC.; ABBOTT LABORATORIES; SMITHKLINE BEECHAM d/b/a GLAXOSMITHKLINE; TEVA PHARMACEUTICALS USA; GATE PHARMACEUTICALS, a division of TEVA PHARMACEUTICALS USA; PAR PHARMACEUTICAL, INC,<br><br>Defendants. | Case No. 4:09-CV-04124-CW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JANSSEN BIOTECH, INC. and JOHNSON & JOHNSON**<br><br>Judge: Honorable Claudia Wilken |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL W/PREJUDICE
ACTIVE/ 76223426.1

CASE NO. 4:09-CV-04124-CW

1  The matter in controversy having been resolved by and between the parties, it is hereby **ORDERED** that the case is hereby **DISMISSED WITH PREJUDICE**, by stipulation of the parties, as against **DEFENDANTS JANSSEN BIOTECH, INC. (f/k/a CENTOCOR ORTHO BIOTECH INC. and/or CENTOCOR, INC.) and JOHNSON & JOHNSON ONLY** pursuant to *Fed. R. Civ. P.* 41(a)(2).

_____
CLAUDIA WILKEN, U.S.D.J.

DATED: ___August 5___, 2014

The undersigned hereby stipulate and consent to the entry of the within Order.

| | |
|---|---|
| */s/ Kevin Haverty* | */s/ Michelle A. Childers* |
| Kevin Haverty (*pro hac vice*) | Michelle A. Childers |
| WILLIAMS CUKER BEREZOFSKY | DRINKER BIDDLE & REATH |
| 210 Lake Drive East, Suite 101 | 50 Fremont St., 20th Floor |
| Cherry Hill, NJ 08002 | San Francisco, California 94105 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Janssen Biotech, Inc. and Johnson & Johnson* |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL W/PREJUDICE
ACTIVE/ 76223426.1

- 2 -

CASE NO. 4:09-CV-04124-CW

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Michelle A. Childers, am the ECF user whose ID and password are being used to file this attached **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JANSSEN BIOTECH, INC. and JOHNSON & JOHNSON**. In compliance with General Order 45, X.B., I hereby attest that the following attorneys have concurred in this filing: Kevin Haverty, counsel for Plaintiffs.

DATED: August 5, 2014            */s/ Michelle A. Childers*

Michelle A. Childers
DRINKER BIDDLE & REATH
50 Fremont St., 20th Floor
San Francisco, California 94105

*Counsel for Janssen Biotech, Inc. and Johnson & Johnson*

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL W/PREJUDICE
ACTIVE/ 76223426.1

- 3 -

CASE NO. 4:09-CV-04124-CW

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the attached **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS JANSSEN BIOTECH, INC. and JOHNSON & JOHNSON** via the CM/ECF system.

DATED: August 5, 2014          /s/ Michelle A. Childers

                                                 Michelle A. Childers
                                                 DRINKER BIDDLE & REATH
                                                 50 Fremont St., 20th Floor
                                                 San Francisco, California 94105

                                                 *Counsel for Janssen Biotech, Inc. and Johnson & Johnson*

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL W/PREJUDICE
ACTIVE/ 76223426.1

- 4 -

CASE NO. 4:09-CV-04124-CW